IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| HAMISHA JOHNSON, <br> 299 Bank Street <br> Bridgeton, NJ  08302 <br>     Plaintiff, <br><br>         - against - <br><br> COMMUNITY OPTIONS, INC. <br> 2043 S Black Horse Pike <br> Williamstown, NJ  08094 <br><br> 16 Farber Road <br> Princeton, NJ  08540 <br>     Defendants. | : : : : : : : : : : : : : : : : | Case No. 21-cv-04313 <br><br> **STIPULATION OF VOLUNTARY DISMISSAL [FRCP 41(A)]** |

---

Plaintiff, HAMISHA JOHNSON, by and through her counsel of record, and Defendant, COMMUNITY OPTIONS, INC. ("Defendant"), by and through their counsel Jackson Lewis P.C., with reference to the following:

WHEREAS, on or about October 21, 2014, Plaintiff completed an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment, or termination of employment ("the Arbitration Agreement");

WHEREAS, on or about March 5, 2021, Plaintiff filed a Complaint in the United States District Court for the District of New Jersey, alleging violation of the Americans with Disabilities Act, the Family Medical Leave Act, and the New Jersey Law Against Discrimination.

WHEREAS, Plaintiff and Defendant agree that the claims should be arbitrated;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and

ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. That the filing of the Complaint in this matter on March 5, 2021 shall constitute Plaintiff's timely demand for arbitration pursuant to the terms of the Arbitration Agreement; and

3. All proceedings in this Action shall be dismissed.

      Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order, but all costs and fees associated with arbitration shall be allocated pursuant to the terms of the Arbitration Agreement.

      Dated this 4th day of June 2021.

*/s/ David M. Koller*
David M. Koller, Esq.
**KOLLER LAW LLC**
2043 Locust Street, Suite B
Philadelphia, PA  19103

*Attorney for Plaintiff*

*/s/Stacey J. Lococco, Esq.*
Stacey J. Lococco, Esq.
208662018
**JACKSON LEWIS P.C.**
58 South Service Road, Ste. 250
Melville, New York 11747

Laura C. Bunting, Esq. (pro hac vice forthcoming)
**JACKSON LEWIS P.C.**
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222

*Attorneys for Defendants*